# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL VEGA, JR., | ) Case No. SACV 14-39 JC |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| E. ARNOLD, Warden, | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: June 30, 2014

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1